

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2014

No. 04-13-00761-CR and 04-13-00762-CR

Ruben **NERIO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2005CR1231 and 2005CR1529
The Honorable Angus K. McGinty, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed briefs pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed the appellant of his right to file his own briefs. *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). The State has filed a letter waiving its right to file an appellee's brief unless the appellant files a pro se brief.

If the appellant desires to file a pro se brief, he must do so <u>no later than July 7, 2014</u>. *See Bruns*, 924 S.W.2d at 177 n.1. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date the appellant's pro se brief is filed in this court. It is further ORDERED that the motion to withdraw, filed by appellant's counsel, is HELD IN ABEYANCE pending further order of the court.

We further ORDER the clerk of this court to serve a copy of this order on appellant, appellant's counsel, the attorney for the State, and the clerk of the trial court.

*Sandee Bryan Marion*
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2014.



Keith E. Hottle
Clerk of Court